No. 68503.—Patrick & Graves v. United States, protest 62/11527 (Galveston).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the dry charging machine in question consists of an oven, which has as an essential feature an electrical element or device, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 30, 1964

No. 68504.—Stamoolis Bros. v. United States, protest 63/3876 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the proper basis for converting the weight in pounds to gallons is 6.5 pounds per gallon, the claim of the plaintiff was sustained, and the collector was directed to reliquidate the entry accordingly.

BEFORE THE FIRST DIVISION, MAY 4, 1964

No. 68505.—H. W. Robinson & Co., Inc. v. United States, protest 62/12188 (New York).

Opinion by WILSON, J. The collector's additional memorandum showing that the applicable customs regulations have now been complied with, the claim of the plaintiff was sustained.